1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

HON. MONICA J. BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAIME SANCHEZ, FRANCISCO JAVIER
GONGORA, LORENA LEYVA, and FERMIN
J. GONZALEZ ,

                              Plaintiffs,

        v.

FIGARO BISTRO, INC. dba VOILA and
LAURENT GABREL,

                              Defendants.

No. C 05-0197-MJB

STIPULATED ORDER TO MODIFY
CASE SCHEDULE

NOTE ON MOTION CALENDAR:
January 26, 2006

## I.      RELIEF REQUESTED

The parties seek to extend the deadline for dispositive motions to February 21, 2006

and accelerate mediation to the earliest available date.

## II.     STATEMENT OF FACTS

This is a relatively modest wage and hour case involving four restaurant kitchen

workers.  The deadline for dispositive motions is presently January 31, 2006, mediation is

to be held by March 7, 2006 and a 2-day bench trial is set to begin April 11, 2006.

STIPULATED ORDER TO MODIFY CASE SCHEDULE –
Page 1

LAW OFFICE OF
DAVID N. MARK
CENTRAL BUILDING, SUITE 500
810 THIRD AVENUE
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 340-1846

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

The parties believe it is in the interest of litigant and judicial economy to invert the dispositive motion and mediation sequence, to have mediation as soon as possible, with the deadline for dispositive motions extended to February 21, 2006.  The parties choose February 21, 2006 because they hope it is soon enough to complete mediation but not so far as to require delaying other case schedule times.

The parties also request that the Court assist the mediation/settlement process by scheduling a mediation/settlement conference with a Judge or other mediation/settlement officer as soon as a date is available.

## III.    STATEMENT OF ISSUES

Whether the parties have demonstrated good cause for the proposed change in the case schedule.

## IV.    EVIDENCE RELIED UPON

Representations by counsel herein.

## V.    AUTHORITY

The parties respectfully submit that the proposed change is in the interest of justice, particularly given the relatively modest damage claims herein and the prospect for avoiding substantial attorney and court time in summary judgment proceedings.

## VI.    CONCLUSION

The parties respectfully request that their motion be granted for the above-stated reasons.

STIPULATED ORDER TO MODIFY CASE SCHEDULE –
Page 2

LAW OFFICE OF
DAVID N. MARK
CENTRAL BUILDING, SUITE 500
810 THIRD AVENUE
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 340-1846

1  DATED this 26th day of January, 2006.

2  /s/ David N. Mark_____          _/s/_ Sandra M. Zupanski_____
   David N. Mark, WSBA #13908            Sandra M. Zupanski, WSBA #23508
3  Law Office of David N. Mark           2403 Boyer Ave. E.
   810 Third Avenue, Suite 500          Seattle, Washington, 98112
4  Seattle, Washington 98104            Telephone:  (206) 720-4979
   Telephone:  (206) 340-1840           Fax:  (206) 720-1772
5  Fax:  (206) 340-1846                 E-mail:  sandrazupanski@comcast.net
   E-mail:  david@marklawoffice.com     **Attorney for Defendants**
6  **Attorney for Plaintiffs**

7

8

          IT IS SO ORDERED, *i.e.,* the deadline for filing dispositive motions is extended to
9
   February 21, 2006 and the parties are directed to attempt to attempt mediation/settlement
10
   through the auspices of the Court or otherwise, prior to that time.
11
   DATED this  6th day of February, 2006.
12

13

14  _____
    MONICA J. BENTON
15  United States Magistrate Judge

16

17

18

19

20

21

22

23

STIPULATED ORDER TO MODIFY CASE SCHEDULE –
Page 3

LAW OFFICE OF
DAVID N. MARK
CENTRAL BUILDING, SUITE 500
810 THIRD AVENUE
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 340-1846